
FILED

APR 11 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) 1:23-cr- 34 |
| v. | ) |
| | ) Judge: Collier/Lee |
| HUNTER ROBERT COY | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about October 11, 2022, in the Eastern District of Tennessee, the Defendant, HUNTER ROBERT COY, knowing he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm and ammunition, and the firearm and ammunition were shipped and transported in and affected commerce; in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that on or about October 11, 2022, in the Eastern District of Tennessee, the Defendant, HUNTER ROBERT COY, did knowingly, intentionally and without authority possess with intent to distribute five (5) grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

### FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section

924(d), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in Count One of this Indictment, the Defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to the following:

- GSG Firefly .22 caliber pistol
- Ammunition

Upon conviction of an offense in violation of Title 21, United States Code, Section 841, as set forth in Count Two of this Indictment, the Defendant shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense including, but not limited to, the following:

- GSG Firefly .22 caliber pistol
- Ammunition.

If any of the properties described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

FRANCIS M. HAMILTON III
United States Attorney

By: /s/ Gregg Bowman for
Franklin P. Clark
Assistant U.S. Attorney

3