# CRIMINAL CASE COVER SHEET

By: ☑ INDICTMENT ☐ SUPERSEDING Case Number: 1:23-cr-___
☐ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
☐ RULE 20

USA v. **HUNTER ROBERT COY**

☑ Felony ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)* ☐ Petty Offense

Immigration Cases
☐ Defendant is being added to existing criminal case ☐ Zone A ☐ Zone B
☐ Charges/Counts Added

Name of Assigned AUSA: **Frank Clark**

Matter Sealed: ☐ YES ☑ NO  Place of Offense: **Bradley Co.**

☐ Interpreter Required  Language: ___

Issue: ☑ WARRANT ☐ SUMMONS ☐ WRIT (Motion to be filed)

Arresting Agency: ☐ DEA ☑ ATF ☐ USMS ☐ FBI ☐ Other: ___

Current Trial Date (if any): ___ before Judge ___

☐ Criminal Complaint Filed  Case Number: ___
☐ Defendant on Supervised Release  Case Number: ___

Related Case/Attorney:

Case Number **1:23-cr-8**  Attorney **Clay Whittaker, FDS**

Reason for Related Case Determination **Defendants in same conspiracy**

Defense Counsel (if any): ___

☐ Federal Defender ☐ CJA ☐ Retained

Appointed by Target Letter  Case Number: ___
Appointed in Pending Indictment  Case Number: ___

CHARGES:  Total # of Counts for this Defendant **2**

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| 1 | 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm | | | |
| 2 | 21 U.S.C. § 841a1, b1C | PWID > 5g Meth (actual) | | | |
| | | | | | |

(Attach additional page, if needed)

Attorney Signature **s/Frank Clark**