

**FILED**
APR 11 2023
Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | 1:23-cr-_____ |
| v. | ) | |
| | ) | Judges: _____ |
| HUNTER ROBERT COY | ) | |

## CERTIFICATION

The United States of America, by and through Assistant United States Attorney Franklin P. Clark, certifies that the instant prosecution ☐ was ☒ was not a matter or case pending in the United States Attorney's Office for the Eastern District of Tennessee, on or before December 21, 2020.

                                                FRANCIS M. HAMILTON III
                                                United States Attorney

                          By:    *s/Frank Clark*
                                          FRANKLIN P. CLARK
                                          Assistant U.S. Attorney
                                          TN BPR# 034112
                                          1110 Market Street, Suite 515
                                          Chattanooga, Tennessee 37402
                                          (423) 752-5140
                                          Frank.Clark@usdoj.gov