UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:23-cr-34 |
| v. | ) | |
| | ) | Judge Collier |
| HUNTER ROBERT COY | ) | |
| | ) | |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE DEADLINES AND FOR A NEW SCHEDULING ORDER

Pursuant to LR 8.03 and the Sixth Amendment to the U.S. Constitution, the Defendant, Hunter Robert Coy, by and through counsel, respectfully moves to continue *all* deadlines, as well as the trial date, set forth in this Court's Discovery and Scheduling Order of May 15, 2023. (R. 9) The next relevant deadline is **June 19, 2023** for plea and motion deadlines with a trial date of **July 10, 2023**. Counsel requires additional time in order to meet with client, review discovery, and perform all the services necessary to afford defendant such representation as required by law. Currently, Mr. Coy is being held in Ocilla, GA in the Irwin County Detention Center. Counsel adds that he received discovery on May 30, 2023 and promptly mailed the same to Mr. Coy on June 1, 2023. A telephone conference was then conducted on June 8, 2023 to discuss said discovery and other matters. However, an in-person conference is necessary to further discuss certain matters, as well as to review audio-video portions of discovery. With counsel's very important medical appointments/testing on June 13 and 14 and counsel's mother's funeral on June 23, 2023, counsel will be unable, or only at considerable hardship, to visit Mr. Coy in Ocilla, GA and accomplish all the other necessary tasks to meet the current schedule. Accordingly, Defendant and his counsel respectfully request a several week's delay and a new scheduling order.

1

Undersigned has consulted with the Assistant United States Attorney on this case, and he is unopposed to this motion or the relief sought. Defendant therefore respectfully requests a new scheduling order consistent with this motion.

>Respectfully submitted,
>
>By: s/*C. Eugene Shiles, Jr.*
>C. Eugene Shiles, Jr. (BPR 011678)
>Attorney for Defendant
>572 Hamilton Ave.
>Chattanooga, Tennessee 37405
>Telephone #: (423) 834-3089

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2023, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

>By: s/*C. Eugene Shiles, Jr.*
>C. Eugene Shiles, Jr. (BPR 011678)
>Attorney for Defendant
>572 Hamilton Ave.
>Chattanooga, Tennessee 37405
>Telephone #: (423) 834-3089